UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:17-CR-75 |
| ) | Judge Jordan |
| DWAYNE DUPREE RAILEY ) | |

Indictment

Count One
Interstate Threatening Communications (18 U.S.C. § 875(c))

The Grand Jury charges that on or about February 27, 2017, in the Eastern District of Tennessee and elsewhere, the defendant, DWAYNE DUPREE RAILEY knowingly and willfully did transmit in interstate commerce from Salem, State of Virginia, to the State of Tennessee, a letter to a woman whose initials are L.W., and the letter contained a threat to injure L.W., specifically the letter threatened to kill L.W., all in violation of 18 U.S.C. § 875(c).

Count Two
Interstate Stalking (18 U.S.C. §§ 2261A(2)(B))

The Grand Jury charges that between on or about February 19, 2017 and on or about April 27, 2017 in the Eastern District of Tennessee and elsewhere, the defendant, DWAYNE DUPREE RAILEY, knowingly and intentionally, with the intent to kill, injure, harass, intimidate or place under surveillance with the intent to kill, injure, harass, or intimidate a woman whose initials are L.W., mailed a letter in interstate commerce to L.W. in which DWAYNE DUPREE RAILEY

threatened to kill L.W., mailed another letter in interstate commerce to L.W. in which DWAYNE DUPREE RAILEY harassed and intimidated L.W. and intended to place L.W. under surveillance, sent numerous harassing text messages to L.W. using an electronic communication system of interstate commerce, and used an electronic communication service or electronic communication system of interstate commerce to cause another person to surveil, in each case to engage in a course of conduct that caused, or attempted to cause, or would reasonably be expected to cause substantial emotional distress to L.W., all in violation of 18 U.S.C. §2261A(2)(b).

A True Bill:

Foreperson

Approved:
   Nancy Stallard Harr
   United States Attorney

By: *[signature]*
   Timothy C. Harker
   Assistant United States Attorney